# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

JOHN A TORRES

Debtor(s)    **CASE NO. BKY 10-30550 GFK**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to John A. Torres in the amount of $191.36, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| John A. Torres | | $191.36 |
| 804 South State Street #4 | | |
| Waseca, MN 56093 | | |

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: May 31, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 11 MAY 32 AM 11: 05
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Rec # 3818